UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>K. SINGH, et al.,<br><br>    Defendants. | No. 1:20-cv-00074-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 25) |

Plaintiff David Nathaniel Roberts is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2021, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that plaintiff stated a cognizable claim against defendant C/O Singh for use of excessive force in violation of the Eighth Amendment but failed to state any other cognizable claim for relief. (Doc. No. 23.) Plaintiff was granted leave to file a first amended complaint attempting to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order. (*Id*. at 9.) Plaintiff was warned that his failure to file a first amended complaint or to notify the court of his willingness to proceed only on the claim found to be cognizable in the screening order would result in a recommendation that

1

1 this action be dismissed. (*Id.*) To date, plaintiff has not filed an amended complaint or a notice
2 of his willingness to proceed only on the claim found to be cognizable, and the time in which to
3 do so has passed.

4     Accordingly, on May 17, 2021, the magistrate judge issued findings and recommendations
5 recommending that this action be dismissed due to plaintiff's failure to obey a court order. (Doc.
6 No. 25.) The pending findings and recommendations were served on plaintiff and contained
7 notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at
8 11.) On June 21, 2021, plaintiff filed a request for an extension of time in which to file objections
9 to the pending findings and recommendations. (Doc. No. 26.) The court granted plaintiff's
10 request and extended the filing deadline to July 26, 2021. (Doc. No. 27.) Nonetheless, to date, no
11 objections to the findings and recommendations have been filed and the time in which to do so
12 has now passed.

13     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
14 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
15 findings and recommendations are supported by the record and by proper analysis.

16     Accordingly,

17     1.    The findings and recommendations issued on May 17, 2021 (Doc No. 25) are
18         adopted in full;
19     2.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a
20         court order; and
21     3.    The Clerk of the Court is directed to close this case.

22 IT IS SO ORDERED.

23   Dated: **August 31, 2021**
24                                        UNITED STATES DISTRICT JUDGE